Decided February 5, 1896.

GUISEPPE MATASCE *v.* KATE MATASCE.

APPEAL from Lane: J. C. FULLERTON, Judge.

This is a suit for a divorce in which both parties claim affirmative relief, but neither party obtained it, whereupon the plaintiff appealed. The brief for appellant not having been filed within the time limited, the respondent now moves for an order of dismissal, while the appellant files a countermotion for leave to file his brief after the expiration of the time granted by the rules of court.          DISMISSED.

*Messrs. W. R. Bilyeu* and *Patrick J. Bannon,* for the motion to dismiss.

*Messrs. Weatherford and Wyatt, contra.*

PER CURIAM. Upon considering this case we have concluded to allow the motion for dismissal, and it is so ordered.          .          DISMISSED.